1

2  Glenn Zuckerman
   **WEITZ & LUXENBERG, PC**
3  700 Broadway
   New York, New York 10003
4  Telephone: 212-558-5000
   Facsimile: 212-344-5461
5  Attorneys for Plaintiffs

6

7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10

11

12  This Document Relates to:                    )
                                                 )
13  *Grant Kiser v. Pfizer Inc, et al.*          )  **MDL NO. 1699**
    (06-6118 CRB)                                )  **District Judge:  Charles R. Breyer**
14                                               )
    *Connie Friedman-May, et al. v. Pfizer Inc, et* )
15  *al.*                                        )
    (06-6119 CRB)                                )
16                                               )  **STIPULATION AND ORDER OF**
    *Noralynn Roman, et al. v. Pfizer Inc, et al.* )  **DISMISSAL WITH PREJUDICE**
17  (06-6120 CRB)                                )
                                                 )
18  *Sylvania Lawson, Jr., et al. v. Pfizer Inc, et al.* )
    (06-6121 CRB)                                )
19                                               )
    *Robert McCarrell v. Pfizer Inc, et al.*     )
20  (06-6124 CRB)                                )
                                                 )
21  *Doris Hocker v. Pfizer Inc, et al.*         )
    (06-6129 CRB)                                )
22                                               )
    *Patricia Rogers v. Pfizer Inc, et al.*      )
23  (06-6130 CRB)                                )
                                                 )
24  *Robert Bates, et al. v. Pfizer Inc, et al.* )
    (06-6131 CRB)                                )
25                                               )
    *Patrick Lynch v. Pfizer Inc, et al.*        )
26  (06-6132 CRB)                                )
                                                 )
27  *Christine Sullivan, et al. v. Pfizer Inc, et al.* )
    (06-6157 CRB)                                )
28                                               )

                                  -1-

           STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE
   EASTW2584625.1

| | | |
|---|---|---|
| 1 | *Robert E. Murray, et al. v. Pfizer, Inc, et al.* <br> (06-6158 CRB) | ) |
| 2 | | ) |
| 3 | *Donald Davidson, et al. v. Pfizer Inc, et al.* <br> (06-6161 CRB) | ) <br> ) |
| 4 | *Delores Poyner v. Pfizer Inc, et al.* <br> (06-6165 CRB) | ) <br> ) |
| 5 | | ) |
| 6 | *James Chapman, et al. v. Pfizer Inc, et al.* <br> (06-6166 CRB) | ) <br> ) |
| 7 | *Michael Aquino, et al. v. Pfizer Inc, et al.* <br> (06-6168 CRB) | ) <br> ) |
| 8 | | ) |
| 9 | *Marie Shepard, et al. v. Pfizer Inc, et al.* <br> (06-6169 CRB) | ) <br> ) |
| 10 | *James I. Jones, et al. v. Pfizer Inc, et al.* <br> (06-6171 CRB) | ) <br> ) |
| 11 | | ) |
| 12 | *Thomas Kamin, et al. v. Pfizer Inc, et al.* <br> (06-6173 CRB) | ) <br> ) |
| 13 | *Ruben Dominguez v. Pfizer Inc, et al.* <br> (06-6180 CRB) | ) <br> ) |
| 14 | | ) |
| 15 | *Jennie Graziano v. Pfizer Inc, et al.* <br> (06-6186 CRB) | ) <br> ) |
| 16 | *Leroy Horton, et al. v. Pfizer Inc, et al.* <br> (06-6190 CRB) | ) <br> ) |
| 17 | | ) |
| 18 | *Jerry Henry, et al. v. Pfizer Inc, et al.* <br> (06-6091 CRB) | ) <br> ) |
| 19 | *Lyle Johnson v. Pfizer Inc, et al.* <br> (06-6194 CRB) | ) <br> ) |
| 20 | | ) |
| 21 | *Terry Smith v. Pfizer Inc, et al.* <br> (06-6195 CRB) | ) <br> ) |
| 22 | *Barbara Dondero, et al. v. Pfizer Inc, et al.* <br> (06-6196 CRB) | ) <br> ) |
| 23 | | ) |
| 24 | *Barbara Hall v. Pfizer Inc, et al.* <br> (06-6197 CRB) | ) <br> ) |
| 25 | *Patricia Parson v. Pfizer Inc, et al.* <br> (06-6198 CRB) | ) <br> ) |
| 26 | | ) |
| 27 | *Effie Crockett, et al. v. Pfizer Inc et al.* <br> (06-6199 CRB) | ) <br> ) |
| 28 | *Lola Kolsen, et al. v. Pfizer Inc, et al.* | ) |

-2-

EAST\42584625.1

1  (06-6200 CRB)                                        )

2  *Louis Pratt v. Pfizer Inc, et al.*                  )
   (06-6201 CRB)                                        )
3                                                        )
   *Paul Madison v. Pfizer Inc, et al.*                 )
4  (06-6202 CRB)                                        )

5  *Nancy Smith, et al. v. Pfizer Inc, et al.*          )
   (06-6203 CRB)                                        )
6                                                        )
   *Walter Johnston v. Pfizer Inc, et al.*              )
7  (06-6204 CRB)                                        )

8  *Murry McEwen v. Pfizer Inc, et al.*                 )
   (06-6205 CRB)                                        )
9                                                        )
   *Charles Grififn, et al. v. Pfizer, Inc, et al.*     )
10 (06-6206 CRB)                                        )

11 *Debbie Dethrage v. Pfizer Inc, et al.*              )
   (06-6207 CRB)                                        )
12                                                       )
   *Thomas Saunders, et al. v. Pfizer Inc, et al.*      )
13 (06-6208 CRB)                                        )

14 *Rex McDonald v. Pfizer Inc, et al.*                 )
   (06-6210 CRB)                                        )
15                                                       )
   *Winetta P. Gillet, et al. v. Pfizer Inc, et al.*    )
16 (06-6211 CRB)                                        )

17 *Marjory Goodwin v. Pfizer Inc, et al.*              )
   (06-6212 CRB)                                        )
18                                                       )
   *Joy Glenn, et al. v. Pfizer Inc, et al.*            )
19 (06-6213 CRB)                                        )

20 *Connie Henderson, et al. v. Pfizer Inc, et al.*     )
   (06-6283 CRB)                                        )
21                                                       )
   *Aubrey Richardson, et al. v. Pfizer Inc, et al.*    )
22 (06-7201 CRB)                                        )

23 *Glenn Snyder, et al. v. Pfizer Inc, et al.*         )
   (06-7202 CRB)                                        )
24                                                       )
   *Jacques Tetrault, et al. v. Pfizer Inc, et al.*     )
25 (06-7203 CRB)                                        )

26 *Patricia Stevens v. Pfizer Inc, et al.*             )
   (06-7204 CRB)                                        )
27                                                       )
   *Robert Jennings, et al. v. Pfizer Inc, et al.*      )
28 (06-7205 CRB)                                        )

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\2584625.1

1 | *Alice Richardson, et al. v. Pfizer Inc, et al.* )
2 | (06-7206 CRB) )

3 | *Steve Pardikes v. Pfizer Inc, et al.* )
| (06-7306 CRB) )
4 |
| *Rosalyn Chute v. Pfizer Inc, et al.* )
5 | (06-7381 CRB) )

6 | *Carolyn Carter v. Pfizer Inc, et al.* )
| (06-7570 CRB) )
7 |
| *Margoth Gonzalez v. Pfizer Inc, et al.* )
8 | (06-7571 CRB) )

9 | *Albert Blossom, et al. v. Pfizer Inc, et al.* )
| (06-7676 CRB) )
10 |
| *Viola Porter v. Pfizer Inc, et al.* )
11 | (06-7882 CRB) )

12 | *Tami McKibben, et al. v. Pfizer Inc, et al.* )
| (06-7883 CRB) )
13 |
| *Joyce Matson, et al. v. Pfizer Inc, et al.* )
14 | (06-7958 CRB) )

15 | *Michael Gatz, v. Pfizer Inc, et al.* )
| (06-7959 CRB) )
16 |
| *Shamela Carr v. Pfizer Inc, et al.* )
17 | (07-0022 CRB) )

18 | *John Kennedy, Jr., et al. v. Pfizer Inc, et al.* )
| (07-0023 CRB) )
19 |
| *Debi Sweet v. Pfizer Inc, et al.* )
20 | (07-0231 CRB) )

21 | *Clarence Bridges v. Pfizer Inc, et al.* )
| (07-0413 CRB) )
22 |
| *Elizabeth Hilton, et al. v. Pfizer Inc, et al.* )
23 | (07-0611 CRB) )

24 | *Jeffrey Howard, et al. v. Pfizer Inc, et al.* )
| (07-0816 CRB) )
25 |
| *Brenda Brunson, et al. v. Pfizer Inc, et al.* )
26 | (07-1280 CRB) )

27 | *Bernadette Wilson-Blakeney v. Pfizer Inc, et al.* )
| (07-1353 CRB) )
28

-4-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EASTW2584625.1

1    *Emma White, et al. v. Pfizer Inc, et al.*    )
     (07-1432 CRB)    )

2     )

3    *Abraham Nicholas v. Pfizer Inc, et al.*    )
     (07-1570 CRB)    )

4    *Vanessa King v. Pfizer Inc, et al.*    )
     (06-6815 CRB)    )

5     )

6    *Jack Isaacs v. Pfizer Inc, et al.*    )
     (07-1991 CRB)    )

7    *Michael Coleman v. Pfizer Inc, et al.*    )
     (07-1992 CRB)    )

8     )

9    *Detrea Robinson v. Pfizer Inc, et al.*    )
     (07-2630 CRB)    )

10    *Edna Burnette v. Pfizer Inc, et al.*    )
     (07-2690 CRB)    )

11     )

12    *Belinda Rolston, et al. v. Pfizer Inc, et al.*    )
     (07-2691 CRB)    )

13    *Lorraine Maher v. Pfizer Inc, et al.*    )
     (07-2692 CRB)    )

14     )

15    *Cloteal Smith, et al. v. Pfizer Inc, et al.*    )
     (07-3284 CRB)    )

16        Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

17    the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

18    stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

19    each side bearing its own attorneys' fees and costs.

20

21

22

23

24

25

26

27

28

-5-

EAST\12584625.1

1

DATED: _6 - 29_, 2009     By: _____

2

3                                        **WEITZ & LUXENBERG, PC**
                                         700 Broadway
4                                        New York, New York 10003
                                         Telephone: 212-558-5000
5                                        Facsimile: 212-344-5461

6                                        *Attorneys for Plaintiffs*

DATED: Nov. 2, 2009     By: _____
7

8                                        **DLA PIPER LLP (US)**
                                         1251 Avenue of the Americas
9                                        New York, New York 10020
                                         Telephone: 212-335-4500
10                                       Facsimile: 212-335-4501

11                                       *Defendants' Liaison Counsel*

12

13

14     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
       IT IS SO ORDERED.**
15

16

       Dated: **NOV 1 3 2009**
17
                                         Hon. Charles R. Breyer
18                                       United States District Court

19

20

21

22

23

24

25

26

27

28

PFZR/1035934/I132369v.1

EAST\42584625.1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**